*State, Respondent, v. Gerlach, Petitioner*, No. 93763-0. Petition for review of a decision of the Court of Appeals, No. 71416-3-I, May 4, 2015, 187 Wn. App. 1022. *Denied* February 8, 2017.

*State, Respondent, v. Thomas, Petitioner*, No. 93765-6. Petition for review of a decision of the Court of Appeals, No. 73519-5-I, September 26, 2016, 196 Wn. App. 1007. *Denied* February 8, 2017.

*State, Petitioner, v. Morales, Respondent*, No. 93767-2. Petition for review of a decision of the Court of Appeals, No. 72913-6-I, September 26, 2016, 196 Wn. App. 106. *Denied* February 8, 2017.

*State, Respondent, v. Sass, Petitioner*, No. 93769-9. Petition for review of a decision of the Court of Appeals, No. 73462-8-I, October 3, 2016, 196 Wn. App. 1017. *Denied* February 8, 2017.

*Barton et al., Petitioners, v. JPMorgan Chase Bank, NA, et al., Respondents*, No. 93777-0. Petition for review of a decision of the Court of Appeals, No. 73336-2-I, September 26, 2016, 196 Wn. App. 1007. *Denied* February 8, 2017.

*State, Respondent, v. Oeung et al., Petitioners*, No. 93778-8. Petitions for review of a decision of the Court of Appeals, Nos. 46425-0-II and 46435-7-II, September 27, 2016, 196 Wn. App. 1011. *Denied* February 8, 2017.

*State, Respondent, v. Young, Petitioner*, No. 93781-8. Petition for review of a decision of the Court of Appeals, No. 32514-8-III, October 4, 2016, 196 Wn. App. 214. *Denied* February 8, 2017.

*State, Respondent, v. Springfield, Petitioner*, No. 93782-6. Petition for review of a decision of the Court of Appeals, No. 74000-8-I, September 26, 2016, 196 Wn. App. 1010. *Denied* February 8, 2017.